UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL D. HART, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| SHEILA TAYLOR, Facility ) | Case No. 5:10-cv-01209-LSC-HGD |
| Director of Taylor Hardin ) | |
| Secure Medical Facility, and ) | |
| THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## **MEMORANDUM OPINION**

On August 12, 2010, the magistrate judge's report and recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the magistrate judge. On September 3, 2010, respondent Attorney General of the State of Alabama filed objections to the magistrate judge's report and recommendation, after obtaining an extension of time in which to do so.

After careful consideration of the record in this case and the magistrate judge's report and recommendation and the respondent's objections thereto, the court hereby ADOPTS the report of the magistrate judge. The court further ACCEPTS the

recommendations of the magistrate judge that the petition for writ of habeas corpus be granted and petitioner ordered released from the custody of the Alabama Department of Mental Health and Mental Retardation because he no longer suffers from mental illness.

A separate order in conformity with this Memorandum Opinion will be entered contemporaneously herewith.

Done this 1st day of October 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE
153671