FILED
2010 Oct-01 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| MICHAEL D. HART, ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | |
| SHEILA TAYLOR, Facility ) | Case No. 5:10-cv-01209-LSC-HGD |
| Director of Taylor Hardin ) | |
| Secure Medical Facility, and ) | |
| THE ATTORNEY GENERAL ) | |
| OF THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

## FINAL JUDGMENT

In accordance with the Memorandum Opinion entered contemporaneously herewith and Rule 58, Fed.R.Civ.P., it is ORDERED, ADJUDGED and DECREED that the petition for writ of habeas corpus in this action is due to be and hereby is GRANTED. Petitioner is ORDERED to be RELEASED from the custody of the Alabama Department of Mental Health and Mental Retardation because he no longer suffers from mental illness.

Done this 1st day of October 2010.

L. SCOTT COOGLER
UNITED STATES DISTRICT JUDGE

153671